UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Julie R. Anderson,                        Court File No. 15-cv-03049 SRN/KMM

    Plaintiff,

vs.                                        **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Diversified Adjustment Service, Inc.,

    Defendant.

---

**IT IS STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

                                              **HEANEY LAW FIRM, LLC**

Dated: August 22, 2016              By  s/Mark L. Heaney
                                               Mark L. Heaney (License #333219)
                                               601 Carlson Parkway, Suite 1050
                                               Minnetonka, MN  55305
                                               Telephone:  952-933-9655
                                               Facsimile:  952-487-0189
                                               Email:  mark@heaneylaw.com

                                               *Attorneys for Plaintiff*

**BASSFORD REMELE**
*A Professional Association*

Dated: August 22, 2016  By  s/Susan E. Gustad
Michael A. Klutho (License #186302)
Susan E. Gustad (License #268008)
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
Telephone: 612-333-3000
Facsimile: 612-333-8829
Email:  mklutho@bassford.com
sgustad@bassford.com

*Attorneys for Defendant Diversified Adjustment Service, Inc.*