**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Julie R. Anderson, | Court File No. 15-cv-03049 (SRN/KMM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Diversified Adjustment Service, Inc., | |
| Defendant. | |

---

Pursuant to the Stipulation for Dismissal with Prejudice filed by the parties [Doc. No. 24], **IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

Dated: August 24, 2016                    BY THE COURT

                                           s/Susan Richard Nelson
                                           SUSAN RICHARD NELSON
                                           United States District Judge